UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE WILLIAMS,

        Plaintiff,                        Case Number 15-10565
                                                      Honorable David M. Lawson
                                                        Magistrate Judge R. Steven Whalen

v.

CHASE BANK, JP MORGAN CHASE,
JAMIE DIMON, MATTHEW E. ZAMES,
MIRIANNA LAKE, DANA S. DEASY,
PAUL H. COMPTON, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
R. K. ARNOLD, BILL HUFFMAN, TROTT
& TROTT, P.C., DAVID A. TROTT, JAMES
W. BATCHELOR, MELISSA S. BYRD,
STEVEN A. JACOBS, and FLAGSTAR
BANK,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Presently before the Court is the report issued on July 8, 2015 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the plaintiff's complaint. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #17] is **ADOPTED.**

It is further **ORDERED** that defendants R.K. Arnold, Paul H. Compton, Dana S. Deasy, Jamie Dimon, Bill Huffman, Mirianna Lake, and Matthew E. Zames's motion to dismiss [dkt. #5] is **GRANTED**.

It is further **ORDERED** that defendants R.K. Arnold, Chase Bank, Paul H. Compton, Dana S. Deasy, Jamie Dimon, Bill Huffman, JP Morgan Chase, Mirianna Lake, Mortgage Electronic Registration Systems, and Matthew E. Zames's motion to dismiss [dkt. #6] is **GRANTED.**

It is further **ORDERED** that defendants James W. Batachelor, Melissa S. Byrd, Steven A. Jacobs, David A. Trott, and Trott & Trott, P.C.'s motion to dismiss [dkt. #8] is **GRANTED**.

It is further **ORDERED** that defendant Flagstar's motion to dismiss [dkt. #12] is **GRANTED.**

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: July 29, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2015.

                          s/Susan Pinkowski
                          SUSAN PINKOWSKI